EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 5 2004

at ____ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00160 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. § 1344 |
| ) | |
| GARI-ANN WISE, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

COUNTS 1-4

The Grand Jury charges:

Introduction

1.    At all times material to the Indictment, Hawaii
National Bank ("HNB") was a "financial institution" as defined in
Title 18, United States Code, Section 20.

2.    HNB sells traveler's checks at their branches on consignment for Travelex, a traveler's check vendor.

a.    When HNB sells traveler's checks to bank customers, HNB credits Travelex's HNB account to pay for the traveler's checks.

b.    HNB then informs Travelex of the sales and Travelex debits the Travelex HNB account electronically for the amount of the sales.

c.    HNB completes the process by forwarding the traveler's check purchase agreements to Travelex.  The purchase agreements contain the names and addresses of the purchasers and the denominations and serial numbers of the traveler's checks.

d.    When the traveler's checks are negotiated by bank customers, Travelex is able to track, audit, and reconcile the use of the traveler's checks by using the purchase agreement information provided by HNB on the traveler's check purchase agreements.

3.    At all times material to the Indictment, GARI-ANN WISE was employed by HNB as a Senior Operations Clerk at the Head Office.

4.    GARI-ANN WISE was responsible for processing and reconciling the traveler's check transactions with Travelex for all the HNB branches in the State of Hawaii and was assigned the following responsibilities:

    a.   Collecting all of the traveler's check purchase agreements from HNB branches.

    b.   Compiling and balancing the purchase agreements.

    c.   Contacting Travelex and advising them of the total dollar amount of traveler's checks sold.

    d.   Forwarding the purchase agreements to Travelex.

The Scheme to Defraud

    5.   From on or about November 22, 1999, to on or about February 22, 2000, in the District of Hawaii, GARI-ANN WISE, knowingly executed and attempted to execute a scheme and artifice to defraud Hawaii National Bank and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii National Bank, by means of material false or fraudulent pretenses, representations, and promises, as more fully set forth below.

    6.   It was part of the scheme and artifice to defraud Hawaii National Bank and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii National Bank by means of material false or fraudulent pretenses, representations, and promises, that GARI-ANN WISE, among other things, did the following:

    a.   Prepared a holdover debit form to debit money

3

from HNB's general ledger.

       b.    Prepared a credit advice form to the Travelex HNB account to balance the holdover debit form transaction.

       c.    Presented the holdover debit form and the credit advice form to her supervisor for approval to purchase traveler's checks.

       d.    After obtaining her supervisor's approval, presented only the holdover debit form to a HNB teller to obtain traveler's checks.  The HNB teller completed the transaction by issuing the traveler's checks to GARI-ANN WISE and by making the offsetting entry to the holdover debit form by creating a credit advice form to the Travelex HNB account.

       e.    Obtained possession of the traveler's checks paid for by funds debited from HNB's general ledger holdover account.

       f.    Made a block entry using the HNB computer system to reverse the holdover debit entry and processed a debit to the Travelex HNB account.

       g.    Filled out the traveler's checks purchase agreements as though she was a bona-fide purchaser of the traveler's checks.

       h.    Substituted the traveler's check purchase agreements that she created with traveler's check purchase agreements generated from legitimate HNB traveler's check sales

4

from the HNB main branch and other branches.

        i.   Negotiated the traveler's checks for her own benefit and the benefit of others.

        j.   Forwarded the traveler's check purchase agreements that she created to Travelex and delayed sending the traveler's check purchase agreements generated from legitimate HNB traveler's check sales to make it appear that she purchased the traveler's checks that she obtained from HNB and subsequently negotiated.

Execution of the Scheme to Defraud

        7.   For the purpose of executing the scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Hawaii National Bank by means of material false or fraudulent pretenses, representations, and promises, GARI-ANN WISE, executed and caused the scheme to be executed by fraudulently obtaining traveler's checks from HNB and subsequently negotiating the traveler's checks totaling approximately $7,000 for her own benefit and the benefit of others as set forth below:

| Count | Date Traveler's Checks Obtained | Amount |
|-------|---------------------------------|--------|
| 1 | 11/22/99 | $3,000 |
| 2 | 01/03/00 | $2,000 |
| 3 | 01/31/00 | $1,000 |
| 4 | 02/22/00 | $1,000 |

5

In violation of Title 18, United States Code, Section 1344.

## COUNTS 5-15

The Grand Jury further charges:

8.    Paragraphs 1 through 4 of this Indictment are re-alleged as if fully set forth herein.

The Scheme to Defraud

9.    From on or about April 14, 2001, to on or about March 29, 2002, in the District of Hawaii, GARI-ANN WISE, knowingly executed and attempted to execute a scheme and artifice to defraud Hawaii National Bank and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii National Bank, by means of material false or fraudulent pretenses, representations, and promises, as more fully set forth below.

10.    It was part of the scheme and artifice to defraud Hawaii National Bank and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii National Bank by means of material false or fraudulent pretenses, representations, and promises, that GARI-ANN WISE, among other things, did the following:

a.    Informed the HNB Hawaii Kai branch that Travelex requested the return of batches of traveler's checks for destruction.

6

b.    Obtained possession of the batches of traveler's checks from the Hawaii Kai branch.

c.    Filled out the traveler's checks purchase agreements as though she was a bona-fide purchaser of the traveler's checks.

d.    Substituted the traveler's check purchase agreements that she created with traveler's check purchase agreements generated from legitimate HNB traveler's check sales from the HNB main branch and other branches.

e.    Negotiated the traveler's checks for her own benefit and the benefit of others.

f.    Forwarded the traveler's check purchase agreements that she created to Travelex and delayed sending the traveler's check purchase agreements generated from legitimate HNB traveler's check sales to make it appear that she purchased the traveler's checks that she obtained from HNB and subsequently negotiated.

Execution of the Scheme to Defraud

11.  For the purpose of executing the scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Hawaii National Bank by means of material false or fraudulent pretenses, representations, and promises, GARI-ANN WISE, executed and

7

caused the scheme to be executed by fraudulently obtaining

traveler's checks from HNB and subsequently negotiating the

traveler's checks totaling approximately $25,000 for her own

benefit and the benefit of others as set forth:

| Count | Date Traveler's Checks Obtained | Amount |
|-------|---------------------------------|--------|
| 5     | 04/14/01                        | $3,000 |
| 6     | 05/14/01                        | $2,000 |
| 7     | 06/22/01                        | $2,500 |
| 8     | 07/06/01                        | $2,500 |
| 9     | 08/06/01                        | $2,500 |
| 10    | 08/22/01                        | $2,500 |
| 11    | 10/10/01                        | $2,000 |
| 12    | 11/14/01                        | $2,000 |
| 13    | 12/07/01                        | $1,500 |
| 14    | 12/26/01                        | $2,500 |
| 15    | 03/29/02                        | $2,000 |

In violation of Title 18, United States Code, Section

1344.

## COUNTS 16-41

The Grand Jury further charges:

12. Paragraphs 1 through 4 this Indictment are re-

alleged as if fully set forth herein.

The Scheme to Defraud

13. From on or about June 20, 2002, to on or about

June 5, 2003, in the District of Hawaii, GARI-ANN WISE, knowingly

executed and attempted to execute a scheme and artifice to

defraud Hawaii National Bank and to obtain any of the moneys and

funds owned by, and under the custody and control of Hawaii

8

National Bank, by means of material false or fraudulent pretenses, representations, and promises, as more fully set forth below.

14. It was part of the scheme and artifice to defraud Hawaii National Bank and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii National Bank by means of material false or fraudulent pretenses, representations, and promises, that GARI-ANN WISE, among other things, did the following:

a. Made block entries using the HNB computer system to transfer money from the Travelex HNB account to her daughter's "WizKidz" HNB account.

b. Made the block entries appear to look like the debits made by Travelex to the Travelex HNB account to settle the traveler's checks sales.

c. Withdrew the funds from her daughter's "WizKidz" HNB account from various automatic teller machines for her own benefit and the benefit of others.

Execution of the Scheme to Defraud

15. For the purpose of executing the scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Hawaii

National Bank by means of material false or fraudulent pretenses, representations, and promises, GARI-ANN WISE, executed and caused the scheme to be executed by fraudulently transferring funds from the Travelex HNB account to her daughter's "Wizkidz" HNB account and subsequently utilizing those funds totaling approximately $40,000 for her own benefit and the benefit of others as set forth below:

| Count | Date Funds Transferred | Amount |
|-------|------------------------|--------|
| 16 | 06/20/02 | $2,000 |
| 17 | 07/02/02 | $1,500 |
| 18 | 07/12/02 | $  500 |
| 19 | 07/18/02 | $1,000 |
| 20 | 07/26/02 | $2,000 |
| 21 | 08/18/02 | $2,500 |
| 22 | 08/27/02 | $1,500 |
| 23 | 09/03/02 | $2,000 |
| 24 | 09/16/02 | $  700 |
| 25 | 10/10/02 | $  500 |
| 26 | 10/11/02 | $  800 |
| 27 | 10/23/02 | $1,000 |
| 28 | 10/30/02 | $1,000 |
| 29 | 11/07/02 | $  800 |
| 30 | 11/19/02 | $  700 |
| 31 | 12/02/02 | $1,500 |
| 32 | 12/03/02 | $1,000 |
| 33 | 12/12/02 | $  500 |
| 34 | 12/17/02 | $1,500 |
| 35 | 12/23/02 | $1,600 |
| 36 | 01/29/03 | $3,000 |
| 37 | 04/08/03 | $2,000 |
| 38 | 04/25/03 | $3,400 |
| 39 | 05/28/03 | $2,000 |
| 40 | 06/02/03 | $3,000 |
| 41 | 06/05/03 | $2,000 |

// //

// //

In violation of Title 18, United States Code, Section 1344.

DATED: _April 15_____, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Gari-Ann Wise
Cr. No. _____
"Indictment"

11