EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>GARI-ANN WISE,<br><br>        Defendant. | CR. NO. 04-00160 HG<br><br>ORDER FOR DISMISSAL OF INDICTMENT |

ORDER FOR DISMISSAL OF INDICTMENT

The Defendant has been charged in Counts 1 through 41 of the Indictment.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment on the grounds that the Defendant has entered a guilty plea and has been sentenced to a felony Information filed in Cr. No. 04-00226 HG as part of a plea agreement which was accepted by the Court on March 9, 2005.

The Defendant is not in custody on Counts 1 through 41 of the Indictment.

DATED: Honolulu, Hawaii, March 10, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
TRACY A. HINO
Assistant U.S. Attorney

NO OBJECTION:

_____
LORETTA FAYMONVILLE
Assistant Federal Public Defender

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. Gari-Ann Wise
Cr. No. 04-00160 HG
"Order for Dismissal of Indictment"

2